# Here's What Lawyers Are Saying About The FDCPA Boot Camp©

"The Boot Camp was fantastic and easily met and exceeded my expectations. I think that was the first time I was able to concentrate for that long of a period of time since forever."
**Michael Forbes, Consumer Attorney
Philadelphia, Pennsylvania
mainlinelaw6@comcast.net**

"Complete FDCPA coverage in one fast-paced weekend - from how to find the best clients to how to settle the cases. Whether you want to add Fair Debt to your bankruptcy practice or you want it to be your practice - this is the place to start. Pete has the knowledge, the experience and most importantly, the ability to teach you how to do right, the first time."
**Alan Lee, Consumer Attorney
NACBA/NACA Member
Morristown, Tennessee
info@alanlee.com**

"I can't tell you how much I enjoyed the boot camp. I am serious when I say that it is the best CLE I have ever attended. I am not blowing smoke up your a**...seriously, the best CLE I have ever attended. Thanks so much, again."
**Angela Acree, Consumer Attorney
Springfield, Missouri
adacree@8nodebt.com**

"Well if it isn't the Anti-Christ himself, Pete Barry. Your boot camps are spreading like a cancer across the collection industry."
**Sr. Vice President, Collection Agency
Houston, Texas
in a pre-deposition greeting**

"Pete Barry's FDCPA Boot Camp is the quintessential training for anyone thinking of delving into this area of law. A useful and very enlightening two and a half days. The forms alone are worth ten times the price. Highly recommended."
**Ronald Wilcox, Consumer Attorney
NACBA/NACA Member
San Jose, California
ronaldwilcox@mac.com**

"Since implementing the skills taught by Pete Barry at his FDCPA Boot Camp, we have quadrupled the recovery for our debt collection harassment cases."
**Keith Karnes, NACA Attorney
Salem, Oregon
kkarnes@olsendaines.com**

"I highly recommend the boot camp. I was able to settle my first filed FDCPA case for $15,000 because I took the FDCPA boot camp and because of the



great help I received from Pete Barry. I couldn't have done it without his help."
**Debra Snoke, Consumer Attorney
NACA Member, Independence, Missouri
dlsnoke@juno.com**

"Quite simply, Peter Barry is the consummate national expert when it comes to litigating FDCPA cases. His Boot Camp completely changed the way I think about, and, more importantly, litigate FDCPA cases. In two-and-a-half days he covered everything from case selection and valuation to office organization and marketing. I highly recommend his class to any attorney who is or wants to sue abusive debt collectors."
**Ivan J. Hannibal,
Consumer Attorney, NACA Member
Madison, Wisconsin
ivanhannibal@core.com**

"After taking Pete's boot camp, I filed my first FDCPA cases. The first case settled for $7,500. The second case settled for $40,000. I chalk it all up to Pete's boot camp. I just followed his program. Needless to say, Pete has made a believer out of me. Pete knows what he's talking about and most importantly he knows how to teach it in a fun way. In short, Pete's boot camp is a gift that keeps on giving and you'll have blast to boot."
**Rex C. Anderson, Consumer Attorney
NACA/NACBA Member, Flint, Michigan
rex@rexandersonpc.com**

"Pete Barry's FDCPA Boot Camp was one of the best continuing legal education programs I have ever attended. Pete's knowledge of FDCPA law, combined with his excellent litigation skills and deep insight into Federal practice, make him a formidable teacher and mentor. I would not hesitate to recommend the FDCPA Boot Camp; indeed, I think it should be required for any consumer lawyer looking to practice FDCPA law."
**Lilys McCoy, Consumer Attorney
San Diego, California
ldm@mtrlawfirm.com**

"Pete Barry's boot-camp should be mandatory for any attorney working on behalf of consumers. In a few days, you get more practical knowledge about the FDCPA than you could glean from a decade of trial and error in your own practice. It was far and away the best legal course I've attended in the last decade, and its already paid for itself several times over in fees earned."
**Lawrence Deas, Consumer Lawyer
Tupelo, Mississippi
LDeas@aol.com**

*Photo: Pete Barry was featured on the cover of the June 4, 2008 City Pages news weekly.*

www.fdcpabootcamp.com